THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Kelvin Creech, Appellant.
 
 
 

Appeal From Barnwell County
James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2004-UP-612
Submitted December 1, 2004  Filed December 
 7, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate Defense, of 
 Columbia, for Appellant.
Attorney General Henry 
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy 
 Attorney General Salley W. Elliott, all of Columbia;   and Solicitor Barbara 
 R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  In May 2003, Kelvin Creech was tried and found guilty of 
 failure to stop for a blue light.  He was sentenced to two years imprisonment.  
 Creech appeals, arguing the trial court erred by allowing the State to present 
 inadmissible prejudicial character evidence against him.  On appeal, counsel 
 for Creech has filed a brief pursuant to Anders v. California, 386 U.S. 
 738 (1967), asserting that there are no meritorious grounds for appeal and requesting 
 permission to withdraw from further representation.  Creech has not filed a 
 pro se response.  
After a thorough review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
ANDERSON, STILWELL, and SHORT, JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.